*David F. Borrino,* in opposition.

Decided November 21, 2002

MUNICIPAL FUNDING, LLC *v.* LOUIS GALULLO, TAX COLLECTOR OF THE CITY OF WATERBURY, ET AL.

*Robert P. Hanahan,* in support of the petition.

*Elaine M. Skoronski,* in opposition.

Decided November 21, 2002

CAROL MCENERNEY *v.* UNITED STATES SURGICAL CORPORATION ET AL.

*Jonathan H. Dodd,* in support of the petition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* SEAN ADAMS

*Lisa J. Steele,* special public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* DARCUS HENRY

*Moira L. Buckley,* deputy assistant public defender, in support of the petition.

*Robert J. Scheinblum,* assistant state's attorney, in opposition.

Decided November 21, 2002

STATE OF CONNECTICUT *v.* ROBERT JENKINS

The Supreme Court docket number is SC 16871.